```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION




HAROLD L. ANDREU,

                      Petitioner,

v.                                   Case No. 3:12-cv-1031-J-99TJC-TEM

SECRETARY OF THE UNITED
STATES BUREAU OF PRISONS,

                      Respondent.
```
_____

### ORDER

This cause is before the Court upon Petitioner's Petition for Writ of Habeas Corpus (Doc. #1). This matter was considered by the United States Magistrate Judge, pursuant to 28 U.S.C. § 636. The Magistrate Judge filed a Report and Recommendation (Doc. #6) on October 19, 2012, recommending the dismissal of the case without prejudice to Petitioner's right to raise his claims in this Court in the appropriate manner. The Magistrate Judge informed the Petitioner that, within fourteen (14) days after being served with a copy of the Report and Recommendation, he may serve and file specific written objections to the proposed findings and recommendations. Furthermore, Petitioner was advised that a judge of the court would make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection was made.

Petitioner filed Objections to Report and Recommendation (Doc. #7). He states that he has filed a Petition pursuant to 28 U.S.C. § 2241, seeking to have his federal sentence run concurrently with his state sentence by designating the state facility in which he is incarcerated as the situs of his federal sentence. Id. at 1. He is seeking that the designation be set, *nunc pro tunc,* to the date of his state sentence commitment. Id. Petitioner further states that the Federal Bureau of Prisons has rejected his request through administrative channels to have his current state institution designated as the place at which the Petitioner is serving his federal sentence and to have the designation *nunc pro tunc* as of the beginning of his state court commitment.

Even if the Court were to construe the Petition as being raised pursuant to 28 U.S.C. § 2241, based on the Supervised Release Revocation and Judgment and Commitment in Case No. 3:89-cr-228-J-20TEM, the Court is convinced that Petitioner is not entitled to the relief he seeks.  This Court, when it sentenced Petitioner, intended that his federal sentence of thirty months in the United States Bureau of Prisons run consecutively to Petitioner's term of imprisonment in state prison for Case No. 01-163-CF-M-A-X, from Marion County, Florida.  Petitioner sought administrative relief from the Federal Bureau of Prisons, and his request for relief was rejected.  Even if the Court were to construe the Petition to be raised pursuant to 28 U.S.C. § 2241, it would decline to grant

habeas relief.  Petitioner violated the terms of his supervised release, his supervised release was revoked, and the Court determined that a consecutive sentence is the appropriate sentence under the circumstances described in its Order (Doc. #203, Case No. 3:89-cr-228-J-20TEM).[1]   This Court will not disturb that determination.

Therefore, the Objections to Report and Recommendation will be overruled.  Upon consideration of the Magistrate Judge's Report and Recommendation and upon this Court's independent examination, it is

**ORDERED:**

1. That the Petitioner's November 15, 2012, Objections to Report and Recommendation (Doc. #7) are **OVERRULED.**

2. That the Magistrate Judge's Report and Recommendation (Doc. #6), filed herein on October 19, 2012, is hereby **adopted and affirmed and made a part hereof, except** that the case is **DISMISSED in part WITH PREJUDICE** as Petitioner is not entitled to the relief he seeks if the Court construes the Petition as raised pursuant to 28 U.S.C. § 2241.  To the extent Petitioner is attempting to raise a habeas petition pursuant to 28 U.S.C. § 2255, the case is **DISMISSED WITHOUT PREJUDICE.**

4. That the Clerk shall enter judgment accordingly and close this case.

---

[1] The Court's revocation sentence was affirmed on appeal. United States v. Andreu, 275 F. App'x 889 (11th Cir. 2008) (per curiam) (not selected for publication in the Federal Reporter).

5.   That the Clerk shall terminate any pending motions.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of February, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sa 2/11
c:
The Honorable Thomas E. Morris
United States Magistrate Judge

Harold L. Andreu